IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ALAN EDWARDS, JR., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | No. 21-cv-1429 |
| Commissioner of Social Security. | : | |

## **ORDER**

AND NOW this 4th day of May 2023, the parties are ORDERED to appear before the Honorable Craig M. Straw for oral argument on Thursday, July 13, 2023 at 2:00 p.m. at the **U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106**, **Courtroom 3-G**. The parties shall be prepared to argue with a focus on whether the ALJ's failure to explain why she did not include a limitation to one-and two-step tasks in Plaintiff's residual functional capacity (RFC) assessment resulted in harmful error.

The parties are directed to file supplemental letter briefs of no more than five (5) pages by June 28, 2023 addressing the recent case law from this Circuit regarding this issue.  See, e.g., Shingler v. Kijakazi, No. 20-cv-1344, 2022 WL 273426 (M.D. Pa. Jan. 28, 2022); Simon v. Kijacki, No. 20-cv-2064, 2022 WL 828935 (M.D. Pa. March 8, 2022); Soto v. Kijakazi, No. 21-1531, 2022 WL 4358087 (M.D. Pa. Sept. 20, 2022); see also Maher v. Saul, No. 19-cv-05721, 2020 WL 5876808 (E.D. Pa. Sept. 4, 2020).

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE