IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ALAN EDWARDS, JR., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAJAZI,[1] | : | No. 21-cv-1429 |
| Commissioner of Social Security. | : | |

# ORDER

AND NOW on this 29th day of September 2023, upon consideration of Plaintiff David Alan Edwards Jr.'s Brief and Statement of Issues in Support of his Request for Review (Doc. 8), the Commissioner's Response (Doc. 13), Plaintiff's Reply (Doc. 18), the Commissioner's Supplemental Brief (Doc. 21), and Plaintiff's Supplemental Brief (Doc. 22), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The final decision of the Commissioner denying Edwards benefits is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Court's Memorandum Opinion accompanying this Order; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d) and 42 U.S.C. § 405(g), Kijakazi was automatically substituted into cases brought against the Commissioner upon her appointment.